| | |
|---|---|
| PROB 35 | Report and Order Terminating Supervision |
| (Reg 3/93) | Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

    **v.**                                                   **Crim. No. 5:16-CR-207-1H**

**ERNEST MONDELL SANDERS**

On September 28, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8682 |
| | Executed On: October 11, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of October 2017.

Malcolm J. Howard
Senior U.S. District Judge